# CREDITOR MATRIX

T& H Mitchell Properties
c/o Attorney Mark Owsley
P.O. Box 6105
Talladega AL. 35161

Internal Revenue Service
801 Tom Martin Drive
Birmingham AL 35211

Jefferson Capital System LLC Assignee
PO Box 7999
Saint Cloud MN 56302

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Capital One
P. O. Box 30285
Salt Lake City UT 84130-0285

Synchrony Bank
P.O Box 965028
Orlando, Florida 32896

Portfolio Recovery Association
P.O. Box 12914
Norfolk, VA 23541

Total VISA
P.O. Box 89940
Sioux Falls, SD 57109

Merrick Bank
P.O. Box 5000
Draper, UT 84020-5000

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Synchrony Bank
P.O. Box 105972
Atlanta, GA 30348-5972

First PREMIER Bank
PO Box 5524
Sioux Falls, SD 57117-5

Alabama Department of Revenue
50 North Ripley Drive
Montgomery AL 36132

IRS
PO Box 7346
Philadelphia PA 19101